```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE F01-0015--CR (JMF)
                 "USA V MICHAEL LEE FETT"
                 DEF 1.1 FETT MICHAEL LEE
```

In public format, including terminated defendants, excluding terminated counsel

```
     Presiding Judge: The Honorable James M. Fitzgerald, U.S. District Judge
    Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed: 06/20/01
              Closed: 01/11/02
 No. of Defendants: 1
     MJ Case Number:
                 AKA:
     Location status: Released on Bond
          Trial date:
          Terminated: YES
   Needs interpreter: NO
    Counsel of record: Mary Jane Haden
                      Federal Public Defender
                      550 W. 7th Avenue, Suite 1600
                      Anchorage, AK 99501
                      907-646-3400
                      FAX 907-646-3480
                      Serve: YES
                       Type: FPD
                       Role: Other


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephen Cooper
                   U.S. Attorney's Office
                   101 12th Avenue, Box 2
                   Fairbanks, AK 99701
                   907-456-0245
                   FAX 907-456-0577
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 FETT MICHAEL LEE
```

| Document    | Count | Citation and Description                                   | Disposition        |
|-------------|-------|------------------------------------------------------------|--------------------|
| 1 - 1 IND   | 1     | 21:841A MANUFACTURING CONTROLLED SUBSTANCE (F)             | Sentenced (58-1)   |
| 1 - 1 IND   | 2     | 18:924 POSSESSION OF FIREARMS IN DRUG TRAFFICKING CRIME (F)| Terminated         |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE F01-0015--CR (JMF)
                                    "USA V MICHAEL LEE FETT"

                              In public format, for all filing dates
```

```
  Presiding Judge: The Honorable James M. Fitzgerald, U.S. District Judge
 Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed: 06/20/01
           Closed: 01/11/02
 No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 06/20/01 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 06/21/01 | [Re: DEF 1] TEF Minute Order re: setting arraignment for 6/21/01 at 2:00 p.m. cc:USA,USM,FPO,K.Covell. |
| 3 - 1 | 06/21/01 | [Re: DEF 1] AHB Grand Jury Minutes. |
| 4 - 1 | 06/21/01 | [Re: DEF 1] TEF Minute Order documents transferred from F01-0019MJ (TEF) to F01-00115CR (JKS). |
| 5 - 1 | 06/25/01 | [Re: DEF 1] TEF Court Minutes [ECR: Pam Wertz] re: arr held 6/21/01, def plead not guilty to cts 1 and 2 of the indictment, def detained, court provided trial date to counsel. cc:USA,USM,FPO,K.Covell. |
| 6 - 1 | 06/25/01 | [Re: DEF 1] TEF Order of Detention Pending Trial. cc:UA,USM,FPO,K.COVELL. |
| 7 - 1 | 06/27/01 | [Re: DEF 1] TEF Order regarding preparation for trial: Pretrial motions due 07/20/01; Discovery conference 07/06/01. cc: Cooper, Covell, FPO, USM, Judge Singleton |
| 8 - 1 | 07/03/01 | [Re: DEF 1] JKS Minute Order setting trial by jury for 8/6/01 at 9:00 a.m. in Fairbanks, Ak. and Final PT Conf for 8/3/01 at 2:30 p.m. in Anchorage, Ak. cc: S. Cooper, K. Covell, USM, USPO, jury clerk, MJ Fenton |
| 8A- 1 | 07/05/01 | [Re: DEF 1] PLF 1 Report of conference. |
| 8B- 1 | 07/06/01 | [Re: DEF 1] PLF 1 Response to request for discovery. |
| 9 - 1 | 07/10/01 | DEF 1 Financial Affidavit. |
| 10 - 1 | 07/11/01 | DEF 1 motion on shortened time for status hearing to appoint counsel. |
| 11 - 1 | 07/12/01 | [Re: DEF 1] JDR Order granting motion on shortened time for status hearing to appoint counsel (10-1); status hrg set 9:45 a.m., 7/13/01. cc: USA, K. Covell, USM, PO |
| 12 - 1 | 07/16/01 | [Re: DEF 1] JKS Minute Order w/d pretrial referral from MJ Fenton and reassigning pretrial referral to MJ Roberts. cc: K. Covell, S. Cooper (AUSA), USM, USPO, MJ Fenton, MJ Roberts |
| 13 - 1 | 07/16/01 | DEF 1 Unopposed motion to continue trial w/att aff. |
| 14 - 1 | 07/18/01 | [Re: DEF 1] JDR Court Minutes [ECR: Pam Wertz] re: status hrg re: counsel held 7/13/01, court allows substitution of counsel, FPD appointed. cc:USA,USM,FPO,FPD,K. Covell. |
| 15 - 1 | 07/19/01 | DEF 1 Unopposed motion to continue (for 2 weeks) pretrial motion deadline. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CRIMINAL DOCKET ENTRIES FOR CASE F01-0015--CR (JMF)
                 "USA V MICHAEL LEE FETT"

              In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 07/23/01 | [Re: DEF 1] JKS Minute Order setting hrg on mot to cont trial for 7/24/01 at 8:30 a.m. at Anchorage, Alaska. cc: USA, S. Tatter, USM, USPO |
| 17 - 1 | 07/24/01 | [Re: DEF 1] JDR Order granting motion Unopposed motion to continue pretrial motion deadline until 8/3/01 (15-1). cc: USA, FPD |
| 18 - 1 | 07/24/01 | [Re: DEF 1] JKS Court Minutes [ECR: Pat Earl] re: hrg on mot to cont trial held 7/24/01; granting unoppo mot to continue trial (13-1); TBJ cont to 9/17/01 at 9:00 a.m.; FPTC cont to 9/7/01 at 1:30 p.m. at Anchorage. cc: USA, S. Tatter, USM, USPO, JC, Divisional Deputy, ECR, MJ Roberts |
| 19 - 1 | 08/03/01 | DEF 1 motion to dismiss count 1 for improper charging, vagueness & suplusage under Apprendi v. New Jersey, 530 US 466 (2000) w/att exhibit & aff. |
| 19 - 2 | 08/03/01 | DEF 1 motion to dismiss on due process grounds for failure to preserve exonerating evidence w/att exh & aff. |
| 19 - 3 | 08/03/01 | DEF 1 motion for an evidentiary hearing re (19-2) w/att exh & aff. |
| 19 - 4 | 08/03/01 | DEF 1 motion to dismiss supress statements for Miranda violations or because statement is involuntary w/att exh & aff. |
| 19 - 5 | 08/03/01 | DEF 1 motion for an evidentiary hrg re (19-4). |
| 19 - 6 | 08/03/01 | DEF 1 motion to suppress fruits of both search warrants as not based on probable cause w/att exh & aff. |
| 19 - 7 | 08/03/01 | DEF 1 motion to suppress fruits of both search warrants because of overbreadth w/att exh & aff. |
| 19 - 8 | 08/03/01 | DEF 1 motion for a hearing under Daubert prior to opinion testimony concerning "expertise" in marjuana grows, electrical use, botanical estimates & oppinions w/att exh & aff. |
| 20 - 1 | 08/06/01 | [Re: DEF 1] JDR Order striking w/o prejudice re motion to dismiss count 1 for improper charging, vagueness & suplusage under (19-1), motion to dismiss on due process grounds for failure to preserve exonerating (19-2), motion for an evidentiary hearing re (19-2) (19-3), motion to dismiss supress statements for Miranda violations or because (19-4), motion for an evidentiary hrg re (19-4) (19-5), motion to suppress fruits of both search warrants as not based on probable (19-6), motion to suppress fruits of both search warrants because of overbreadth (19-7), motion for a hearing under Daubert prior to opinion testimony concerning (19-8). Any re-filed pretrial motions by def must be fld by 8/9/01; Tentative date for evident hrg on mot to suppress set for 8/24/01 at 10:00 a.m. in Fairbanks, AK. cc: USA, FPD, USM, USPO, Fairbanks Clerk |
| 21 - 1 | 08/07/01 | DEF 1 motion to continue or change time set for evidentiary hearing on 8/24/01. |
| 22 - 1 | 08/08/01 | [Re: DEF 1] JDR Order granting motion to continue or change time set for evidentiary hearing on 8/24/01 (21-1); Evident hrg RESET for 1:00 p.m. cc: USA, FPD, USM, USPO, Fairbanks Clerk |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE F01-0015--CR (JMF)
                                "USA V MICHAEL LEE FETT"

                         In public format, for all filing dates


Document #    Filed       Docket text

   23 -    1  08/08/01    [WITHDRAWN at dkt 48]DEF 1 motion to suppress statements w/att memo.

   24 -    1  08/08/01    [WITHDRAWN at dkt 48]DEF 1 motion to suppress fruits of search warrants
                          w/att memo.

   25 -    1  08/08/01    [WITHDRAWN at dkt 48]DEF 1 motion to dismiss count 1 for vagueness &
                          surplusage w/att memo.

   26 -    1  08/08/01    [WITHDRAWN at dkt 48]DEF 1 motion to dismiss count 1 on due process
                          grounds w/att memo.

   27 -    1  08/08/01    [WITHDRAWN at dkt 48]DEF 1 motion for a daubert hearing w/att memo.

   27A-   1  08/13/01    [Re: DEF 1] Transcript of Preliminary hearing in F01-0019MJ held
                          06/07/01.

   28 -    1  08/13/01    DEF 1 Affidavit (original) re: DEF 1 motion to suppress statements
                          (23-1) w/att exh.

   29 -    1  08/16/01    [Re: DEF 1] JDR Minute Order re evident hrg set for 8/24/01 at 1:00 p.m.
                          in Fairbanks, AK is RESET for 2:30 p.m. cc: USA, FPD, USM, USPO,
                          Fairbanks Clerk

   30 -    1  08/20/01    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress fruits of
                          search warrants (24-1) w exhibits A&B attached.

   31 -    1  08/20/01    [Re: DEF 1] PLF 1 opposition to DEF 1 motion for a daubert hearing
                          (27-1).

   32 -    1  08/20/01    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss count 1 for
                          vagueness & surplusage (25-1).

   33 -    1  08/20/01    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress statements
                          (23-1).

   34 -    1  08/20/01    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss count 1 on due
                          process grounds (26-1).

   35 -    1  08/22/01    {SEALED}

   35 -    2  08/22/01    {SEALED}

   36 -    1  08/23/01    [Re: DEF 1] JDR Minute Order granting unopposed motion to remove August
                          24, 2001 hearing from calendar (35-2); Hrg on unopposed motion to
                          withdraw as counsel (35-1) set for 8/24/01 at 2:30 p.m. cc: USA, FPD,
                          USM, USPO

   37 -    1  08/27/01    {SEALED}

   38 -    1  08/28/01    DEF 1 Attorney Appearance by William Satterberg filed in court. cc:
                          Cooper

   39 -    1  08/29/01    [Re: DEF 1] JDR Court Minutes [ECR: Dan Maus] re Status of Counsel Hrg
                          (held 8/28/01); Mr. Satterberg to file an entry of appearance & will be
                          representing def as retained cnsl; PTM deadline extended to 9/4/01; cnsl
                          for def advised crt re possible plea negotiations & or motion to cont
                          trial to be fld; evident hrg on def's motions to suppress set for 9/7/01


ACMS: R_RDSDI              As of 02/15/06 at 2:14 PM by LINDA                        Page 3
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE F01-0015--CR (JMF)
                            "USA V MICHAEL LEE FETT"

                        In public format, for all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| | | | at 11:30 a.m. in Fairbanks, AK. cc: USA, W. Satterberg, Fairbanks Clerk, USM, USPO, Judge Singleton |
| 40 - | 1 | 08/29/01 | Initial R&R re: DEF 1 motion to dismiss count 1 on due process grounds (26-1). Recommended be denied; Objections due NOON 09/07/01. Reply due NOON 09/12/01. cc: USA, W. Satterberg, Judge Singleton |
| 41 - | 1 | 08/29/01 | Initial R&R re: DEF 1 motion to suppress fruits of search warrants (24-1). Recommended be granted in part & denied in part; Objections due NOON 09/07/01. Reply due NOON 09/12/01. cc: USA, W. Satterberg, Judge Singleton |
| 42 - | 1 | 08/29/01 | [WITHDRAWN at dkt 48]DEF 1 motion to continue trial until after 10/15/01 w memo in support. |
| 42 - | 2 | 08/29/01 | [WITHDRAWN at dkt 48]DEF 1 motion to extend the deadline for pretrial motions until 09/17/01 w memo in support. |
| 43 - | 1 | 08/30/01 | [Re: DEF 1] JKS Minute Order re: hrg on def's motion to continue trial is set for 9/5/01 at 4:30 p.m. at Fairbanks, Ak.  cc: S. Cooper, W. Satterberg, USM, USPO |
| 44 - | 1 | 08/30/01 | {SEALED} |
| 45 - | 1 | 08/30/01 | [Re: DEF 1] JKS Minute Order re: PCOP hrg is set 9/7/01 at 1:30 p.m. in Fairbanks, AK. before Judge Fitzgerald. The motion to continue the trial is moot and the hrng is hereby VACATED.  cc: S. Cooper, W.Satterberg, USM, USPO, MJ Roberts |
| 46 - | 1 | 08/30/01 | [Re: DEF 1] JDR Minute Order re in light of the PCOP hrg set before the USDJ, the evident hrg set for 9/7/01 is VACATED. cc: USA, W. Satterberg, USM, USPO, Fairbanks Clerk |
| 47 - | 1 | 09/06/01 | DEF 1 Notice of withdrawal of all pending motions. |
| 47 - | 2 | 09/06/01 | Clerk's Notice withdrawing motion to suppress statements (23-1), motion to suppress fruits of search warrants (24-1), motion to dismiss count 1 for vagueness & surplusage (25-1), motion to dismiss count 1 on due process grounds (26-1), motion for a daubert hearing (27-1), motion to extend the deadline for pretrial motions until 09/17/01 (42-2). |
| 48 - | 1 | 09/13/01 | {SEALED} |
| 49 - | 1 | 11/15/01 | {SEALED} |
| 50 - | 1 | 11/16/01 | DEF 1 Notice of filing unsigned objections and testimonial denial of Michael Lee Fett to presentence investigation report. |
| 51 - | 1 | 11/29/01 | DEF 1 Objections and testimonial denial of Michael Lee Fett to presentence investigation report. |
| 52 - | 1 | 12/14/01 | DEF 1 Advice to court re: sentencing. |
| 53 - | 1 | 12/27/01 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 54 - | 1 | 12/27/01 | {SEALED} |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE F01-0015--CR (JMF)
                                "USA V MICHAEL LEE FETT"

                           In public format, for all filing dates


Document #   Filed      Docket text

  55 -    1  01/02/02   {SEALED}

  56 -    1  01/08/02   [Re: DEF 1] JKS Minute Order reassigning case to Judge Fitzgerald. cc:
                        USA, USM, PO, W. Satterberg, MJ Roberts, Judge Fitzgerald

  57 -    1  01/09/02   [Re: DEF 1] JMF Court Minutes [ECR: Pam Wertz] re: IOS held 1/3/02, def
                        sentenced to 11 months imprisonment w/credit for time served.  Def
                        placed on supervised release for 3 years w/special conditions, SA
                        $100.00, objections to presentence report withdrawn, crt dismissed ct 2.
                        Court granted downward departure. cc:USA,USM,FPO, W.Satterberg.

  58 -    1  01/11/02   [Re: DEF 1] JMF Judgment pleaded guilty to ct 1 of Indt (1-1); def
                        sentenced to 11 mos in prison; 36 mos SR; $100.00 SA. cc: USA, W.
                        Satterberg, Def w/cnsl cy, USM, USPO, MJ Roberts, FLU

  59 -    1  01/25/02   [Re: DEF 1] PLF 1 motion to release evidence seized under search warrant
                        w/proposed order.

  60 -    1  01/31/02   DEF 1 non-opposition to [Re: DEF 1] PLF 1 motion to release evidence
                        seized under search warrant w/proposed order (59-1).

  59 -    2  02/05/02   [Re: DEF 1] JMF Order granting motion to release evidence seized under
                        search warrant (59-1). cc: USA, W. Satterberg

  61 -    1  02/06/02   [Re: DEF 1] Partial Transcript re: IOS held 1/3/02.

  62 -    1  02/04/03   [Re: DEF 1] JMF Order and report re: s/r modified as stated. cc: PO

NOTE -    1  12/29/04   [Re: DEF 1] Issued WOA on 12/27/04.

  63 -    1  12/29/04   [Re: DEF 1] JWS Order and pet for revoc of SR; pet referred to MJ
                        Roberts for I/A/prel hrgs; evid hrg before MJ only upon consent. cc:
                        USA, USM, Def w/USM cy, USPO, MJ Roberts

NOTE -    2  12/30/04   [Re: DEF 1] USM Notice of Arrest; defendant arrested 12/29/04.

  64 -    1  12/30/04   [Re: DEF 1] Return of WOA executed on 12/29/04.

  65 -    1  01/07/05   [Re: DEF 1] JDR Minute Order re det hrg prev set for 1/12/05 is VACATED
                        & RESET for an evident/det hrg on pet to revoke SR for 1/11/05 at 4:00
                        p.m. cc: USA, FPD, USM, USPO

  66 -    1  01/07/05   DEF 1 Financial Affidavit.

  67 -    1  01/10/05   {SEALED}

  68 -    1  01/10/05   [Re: DEF 1] JDR Order of Detention Pending Hearing 01/12/05 at 11:00
                        a.m. cc: Cooper, Haden, FPO, USM, Judge Fitzgerald

  69 -    1  01/10/05   DEF 1 Unopposed motion on shortened time to allow cnls to appear
                        telephonica lly at 1/11/05 hrg.

  70 -    1  01/11/05   [Re: DEF 1] JDR Minute Order granting unopposed motion on shortened time
                        to allow cnls to appear telephonically at 1/11/05 hrg (69-1). cc: USA,
                        FPD
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
    CRIMINAL DOCKET ENTRIES FOR CASE F01-0015--CR (JMF)
                "USA V MICHAEL LEE FETT"

            In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 71 - 1 | 01/11/05 | [Re: DEF 1] JDR Court Minutes [ECR: Carolyn Bollman] from Evidentiary hrg/change of plea held 01/11/05: Def admitted allegation 3, Allegation 1 and 2 to be dismissed at disposition, def signed 5,000 unsecured appearance bond, released. Disposition before US District Judge. cc: Cooper, Haden, FPO, USM, Judge Fitzgerald |
| 72 - 1 | 01/11/05 | DEF 1 Unsecured Appearance bond in the amount of $5,000.00. cc; Cooper, Haden, FPO, USM, Judge Fizgerald |
| 73 - 1 | 01/11/05 | [Re: DEF 1] Order setting conditions of release. Def to post appearance bond, and follow conditions of release as directed by the US probation officer. cc: Cooper, Haden, FPO, USM, Judge Fitzgerald |
| 74 - 1 | 01/11/05 | [Re: DEF 1] Copy of JDR Order of Release. cc: Cooper, Haden, FPO, Judge Fitzgerald |
| 75 - 1 | 01/13/05 | [Re: DEF 1] JMF Minute Order setting disposition hrg on pet to revoke SR on 1/20/05 @ 10:00 a.m. @ Fairbanks, AK. cc: USA, FPD, USM, USPO |
| 76 - 1 | 01/20/05 | [Re: DEF 1] JMF Court Minutes [ECR: Carolyn Bollman] from Disposition hrg held 01/20/05: Def sent on ct 3, cts 1 and 2 dismissed. 2 yrs supervised release, 90 days CCC w special conditions. cc: Cooper, Haden, FPO, USM, MJ Robert |
| 77 - 1 | 01/20/05 | [Re: DEF 1] JMF Judgment for revocation of of supervised release. Ct 1 and 2 dismissed, ct 3 new 2yr term of supervised release w 90 days in CCC w special conditions. cc: Cooper, Haden FPO, USM, MJ Roberts |
| 78 - 1 | 03/08/05 | DEF 1 motion on shortened time to modify conditions of supervised release w/att aff. |
| 79 - 1 | 03/09/05 | [Re: DEF 1] JMF Order granting motion on shortened time to modify conditions of supervised release (78-1). cc: USA, M.J. Haden, USM, USPO |
| 80 - 1 | 11/09/05 | [Re: DEF 1] JMF Order and petition for modification of conditions or term of supervised rlease with consent of the offender to consent for continued drug testing cc: cnsl, Judge Fitzgerald. |