PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Michael Lee Fett                Case Number: 4:01CR00015-001 (JMF)

Sentencing Judicial Officer:   James M. Fitzgerald, Senior U.S. District Court Judge

Date of Original Sentence:   January 3, 2002

Original Offense:   Manufacture a Controlled Substance in violation of 21 U.S.C. § 841(a)(1)

Original Sentence:   11 months imprisonment, three years supervised release

Date Supervision Commenced: April 26, 2002

### PETITIONING THE COURT

[X]   To modify the conditions of supervised release as follows:

The defendant shall undergo a mental health evaluation and if recommended by the mental health provider, participate in mental health treatment and testing.

### CAUSE

On November 21, 2005, the defendant submitted a urine specimen which tested positive for the presence of marijuana. Following a discussion between the defendant and this officer, the defendant acknowledged and admitted to using marijuana in violation of his conditions of supervised release. The defendant was instructed by this officer to obtain a substance abuse evaluation, with the expectation that if substance abuse treatment is recommended, the defendant would begin treatment.

On January 25, 2006, the defendant obtained a substance abuse evaluation with Ms. Tracy Splitstoser, Intake Specialist of Inroads to Healing with the Ralph Perdue Center. During the course of the evaluation, the defendant made several statements which may lead to a dual diagnosis, however; to be certain, the defendant has been recommended by Ms. Splitstoser, Intake Specialist, to obtain a mental health evaluation.

It is this officer's recommendation that to obtain an appropriate level of treatment, and to provide the defendant with adequate substance abuse treatment, the Court modify conditions of supervised release to include obtaining a mental health evaluation.

*Request for Modification of Conditions*
*Michael Lee Fett*
*4:01CR00015-001*

Respectfully submitted,

*Toni M. Ostanik* (signature)

Toni M. Ostanik
U.S. Probation/Pretrial Services Officer
Date: January 31, 2006

Approved by:

*Eric D. Odegard* (signature)

Eric D. Odegard
Supervising U.S. Probation Officer

## THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] File a Petition
[ ] Other: _____

**REDACTED SIGNATURE**

The Honorable James M. Fitzgerald
Senior U.S. District Court Judge

Date: **Feb 7, 2006**

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

U.S.A. v Michael Lee Fett                                    Docket No. 4:01CR00015-001

    I, Michael Lee Fett , have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

    The defendant shall undergo a mental health evaluation and if recommended by the mental health provider, participate in mental health treatment and testing.

Signed: *Michael Fett*                          Date: 2/1/06
        Michael Lee Fett
        Probationer or Supervised Releasee

Witness: *Toni M. Ostanik*                      Date: 2·1·06
        Toni M. Ostanik
        U.S. Probation/Pretrial Services Officer